No. 78–1318. O'BANNON, SECRETARY OF PUBLIC WELFARE OF PENNSYLVANIA *v.* TOWN COURT NURSING CENTER ET AL. C. A. 3d Cir. [Certiorari granted, 441 U. S. 904.] Motion of the Solicitor General for divided argument granted. Motion of the Legal Aid Society of New York City et al. for leave to file a brief as *amici curiae* granted.

No. 78–1501. McLAIN ET AL. *v.* REAL ESTATE BOARD OF NEW ORLEANS, INC., ET AL. C. A. 5th Cir. [Certiorari granted, 441 U. S. 942.] Motion of Consumers Union of the United States, Inc., for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted. Ten additional minutes allotted for oral argument and the time is allocated as follows: Petitioners, 20 minutes; Solicitor General, 15 minutes; and respondents, 35 minutes.

No. 78–1651. SEATRAIN SHIPBUILDING CORP. ET AL. *v.* SHELL OIL CO. ET AL. C. A. D. C. Cir. [Certiorari granted, 442 U. S. 940.] Motion of the Solicitor General for additional time for oral argument granted, and five additional minutes allotted for that purpose. The nonfederal respondents also allotted an additional five minutes for oral argument.

No. 78–1789. ARKANSAS LOUISIANA GAS CO. *v.* HALL ET AL. Sup. Ct. La. The Solicitor General is invited to file a brief in this case expressing the views of the United States. MR. JUSTICE STEWART took no part in the consideration or decision of this matter.

No. 78–1840. CITY OF ROME ET AL. *v.* UNITED STATES ET AL. D. C. D. C. [Probable jurisdiction noted, 443 U. S. 914.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.